UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES HOPPER, et al.,

    Plaintiffs,

v.                                            CASE NO: 8:04-cv-02356-T-23TGW

SOLVAY PHARMACEUTICALS, INC., et al.,

    Defendants.
_____/

## ORDER

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the court referred (Doc. 98) the defendants' motion (Doc. 88) to dismiss to the United States Magistrate Judge for a report and recommendation. Magistrate Judge Thomas G. Wilson held a hearing on May 28, 2008, and subsequently issued a report and recommendation (Doc. 101). The relators object (Doc. 104) to the Magistrate Judge's report and recommendation, and the defendants respond (Doc. 105).

A *de novo* determination of those portions of the report and recommendation to which the relators object reveals that the objections either are unfounded or otherwise require no different resolution of the motion. Accordingly, the relators' objections (Doc. 104) are **OVERRULED**. The Magistrate Judge's report and recommendation (Doc. 101) is **ADOPTED**. The defendants' motion to dismiss (Doc. 88) is **GRANTED IN PART** and **DENIED IN PART**.

To the extent the defendants' motion to dismiss challenges subject matter jurisdiction, the motion is **DENIED**.  The defendants' motion to dismiss pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, is **GRANTED**.  The relators' second amended complaint (Doc. 84) is **DISMISSED**.  The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on September 8, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge